An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

PHILIP TRAGALE,
Appellant,
vs.
JAMES G. COX,
Respondent.

No. 62279

**FILED**

MAY 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, this appeal is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. James E. Wilson, District Judge
Philip Tragale
Attorney General/Carson City
Attorney General/Reno
Carson City Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0)-1947

14-15230